# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-30411

United States Court of Appeals
Fifth Circuit

**FILED**

October 15, 2018

Lyle W. Cayce
Clerk

PAUL POUPART,

        Petitioner−Appellant,

versus

TIMOTHY HOOPER, Warden; ELAYN HUNT CORRECTIONAL CENTER,

        Respondent−Appellee.

Appeal from the United States District Court
for the Eastern District of Louisiana
No. 2:15-CV-1340

Before HIGGINBOTHAM, SMITH, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Paul Poupart appeals the dismissal of his habeas corpus petition brought under 28 U.S.C. § 2254. He seeks post-conviction relief from a state conviction

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-30411

for public intimidation.

Poupart claims he was interrogated in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966), asserting that interrogation persisted after he had invoked his right to counsel and had declined to answer questions. The federal district court denied habeas relief, finding that the decisions of the state courts were not unreasonable under the Antiterrorism and Effective Death Penalty Act of 1996 and that any error was harmless.

AFFIRMED.